IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Elijah White, | ) | Case No. 3:05-2342-PMD |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| M. Hamdullah and | ) | |
| Henry D McMaster, | ) | |
| Respondents. | ) | |

On November 30, 2005, this court issued an order adopting the Report and Recommendation of the Magistrate Judge and dismissed petitioner's petition for writ of habeas corpus. Judgement was entered on December 6, 2005, and on December 14, 2005 petitioner filed a Motion for Reconsideration. On January 5, 2006, the court issued an oral order denying petitioner's Motion for Reconsideration. Through inadvertent error the Clerk of Court's office never transmitted the order denying petitioner's Motion for Reconsideration to petitioner, and it was only this week that the undersigned became aware of such error when a letter was received from petitioner inquiring as to the status of said motion. Now therefore,

**IT IS HEREWITH ORDERED** that the court's oral order of January 5, 2006 denying petitioner's Motion for Reconsideration is hereby vacated, and the court herewith rules on said motion this date, and said motion is heretofore **DENIED**. The Clerk of Court is instructed to provide petitioner with a copy of this order through the U.S. Mail.

**AND IT IS SO ORDERED**.

PATRICK MICHAEL DUFFY
United States District Judge

Charleston, South Carolina
March 21, 2006